IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEPHANIE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:22-cv-565 |
| | ) | |
| COMMUNITY INTERGRATION | ) | |
| SUPPORT SERVICES LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES

Plaintiff, Stephanie Smith, for her Complaint against Defendant, Community Integration Support Services, LLC ("CISS"), states the following:

### I.  Partie

1.    Ms. Smith is a resident of McCordsville, Indiana.

2.    CISS is an limited liability company located in Indianapolis, Indiana.

### II.  Jurisdiction and Venue

3.    This court has jurisdiction to hear this claim pursuant to 28 U.S.C. §1331, in that the claims arise under the laws of the United States.  Specifically, Plaintiff brings this action to enforce her rights under the FLSA.

4.    Venue in the Southern District of Indiana, Indianapolis Division, is appropriate by virtue Defendant doing business in this District.

### III.  Factual Allegations

5.    Ms. Smith was an employee of CISS.

6.    Ms. Smith was working for CISS on January 1, 2019.

7.      Ms. Smith worked over 40 hours in a workweek for CISS.

8.      CISS failed to pay Ms. Smith the correct overtime premium for hours that she worked over 40 hours in a workweek for CISS.

9.      CISS willfully failed to pay Ms. Smith overtime wages in the proper amount.

10.     Ms. Smith separated from CISS in late 2019.

### III.    Cause of Action

### Count I
### Failure to Pay Overtime Wages
### Pursuant to the FLSA, 29 U.S.C. §201 *et. seq.*

11.     Plaintiff incorporates paragraphs 1 through 10 by reference herein.

12.     Ms. Smith was an employee of CISS pursuant to the FLSA.

13.     CISS is an employer pursuant to the FLSA.

14.     CISS had gross revenues of at least $500,000.00 for the 2018 calendar year.

15.     CISS had gross revenues of at least $500,000.00 for the 2019 calendar year.

16.     CISS's violations of the FLSA have damaged Ms. Smith.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

### IV.   Jury Demand

17.    Plaintiff incorporates paragraphs 1 through 16 by reference herein.

18.    Plaintiff demands a trial by jury.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49
Counsel for Plaintiff,
Stephanie Smith

Weldy Law
11268 Governors Lane
Fishers, IN 46037
Tel: (317) 842-6600
E-mail: rweldy@weldylegal.com